UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80618-CIV-ZLOCH

LEO FORD,

Plaintiff,

vs. **O R D E R**

KPMG LLP, et al.,

Defendants.
_______________________________/

THIS MATTER is before the Court upon the Motion To Withdraw As Counsel For Plaintiff (DE 153) filed herein by Paul Platte, Esq. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

In the instant Motion (DE 153), Paul Platte, Esq., seeks leave to withdraw as counsel for Plaintiff Leo Ford. In his Motion, he advises the Court that Plaintiff is not complying with the terms of his representation agreement. Under these circumstances, the Court will not ordinarily require a lawyer to continue representation. However, Mr. Platte has failed to include an address where Plaintiff can be served.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Motion To Withdraw As Counsel For Plaintiff (DE 153) filed herein by Paul Platte, Esq., be and the same is hereby **DENIED** without prejudice and with leave to re-

file, providing an address at which Plaintiff may be served.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 24th day of September, 2018.

WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel of Record