UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80618-CIV-ZLOCH

LEO FORD,

Plaintiff,

vs. **O R D E R**

KPMG, LLP, et al.,

Defendants.

_______________________________/

THIS MATTER is before the Court upon Attorney Paul Platte's And Paul Platte PA's Supplemental Motion To Withdraw As Counsel For Plaintiff (DE 193). The Court has carefully reviewed said Motion, the entire court file, and is otherwise fully advised in the premises.

In the instant Motion (DE 193), Plaintiff's Counsel Paul Platte, Esq., seeks leave to withdraw as counsel for Plaintiff Leo Ford (hereinafter "Plaintiff") because Plaintiff has breached the representation agreement between Plaintiff and Mr. Platte. Under these circumstances, the Court will not require Paul Platte, Esq., and his firm Paul Platte, PA, to continue to represent Plaintiff and the instant Motion (DE 193) will be granted.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Attorney Paul Platte's And Paul Platte PA's Supplemental Motion To Withdraw As Counsel For Plaintiff (DE 193) be and the same is hereby **GRANTED** as follows:

1. Paul Platte, Esq., and the firm of Paul Platte, PA, are

hereby relieved of all further responsibility in the representation of Plaintiff; and

2. As of the date of this Order, all future pleadings filed in the above-styled cause shall be served upon Plaintiff at the following address:

Leo Ford
Costa Pacifico P.H.
Torre 300, Unit 10B
Panama City, Panama

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 11th day of December, 2018.

William J. Z

WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel of Record

Leo Ford Pro SE
Costa Pacifico P.H.
Torre 300, Unit 10B
Panama City, Panama